UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURTIS RICE,

   Plaintiff,

  v.

DAMON K. JONES INC. AND ALBERT GERALD WOODSON,
   Defendants.

Case No.: 7:24-cv-05921
Hon. Cathy Seibel

## [~~PROPOSED~~] DEFAULT JUDGMENT

Upon consideration of the motion for default judgment filed by the plaintiff, John Curtis Rice ("*Plaintiff*") under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel Craig B. Sanders, Esq., and the exhibits attached thereto, the declaration of John Curtis Rice, and exhibits attached thereto, the Memorandum of Law, the Statement of Damages, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against the defendants Damon K. Jones Inc. and Albert Gerald Woodson. ("*Defendants*");

2. Defendants are to pay the sum of ~~$20,000.00~~ [$5000] in statutory damages pursuant to 17 U.S.C. § 504(c) for direct copyright infringement, jointly and severally;

3. Default judgment be entered against Defendants as to liability for removal of Copyright Management Information ("*CMI*") in violation of the Digital Millennium Copyright Act (the "DMCA") (17 U.S.C. § 1201, *et seq*.);

4. Defendants are to pay ~~$15,000.00~~ $5000 in statutory damages under 17 U.S.C. § 1203(c)(3)(B) for the willful distribution of Plaintiff's Photograph with removed or altered CMI, jointly and severally;

5. Defendants are to pay $11,807.50 in attorneys' fees and $631.92 costs pursuant to 17 U.S.C. § 505, jointly and severally;

6. Defendants are to pay post-judgment interest pursuant to 28 U.S.C.A. § 1961;

7. The Court retains jurisdiction over any matter pertaining to this judgment.

~~New~~ White Plains, NY
Dated: 8/28/25

**SO ORDERED**

_____
Hon. Cathy Seibel
United States District Judge